# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ardell Levert Jenkins

Plaintiff(s),

vs.

Pizza Hut, Subway, and Cub Food,

Defendant(s).

Case No. 20-cv-820 NEB/KMM
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL  YES ✗  NO ___

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Ardell Levert Jenkins
   Street Address: 4255 Main St NE APT 4
   County, City: Anoka  Columbia Heights
   State & Zip Code: MN, 55421
   Telephone Number: 612 434 9384

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
MAR 26 2020
U.S. DISTRICT COURT MPLS

a. Defendant No. 1

   Name: Pizza Hut Customer Service /Manager

   Street Address: 5806 Xerxes Ave N

   County, City: Hennepin county, Brooklyn Center

   State & Zip Code: MN, 55430

b. Defendant No. 2

   Name: Lind / Employees

   Street Address: 4757 Central Ave NE

   County, City: Anoka, Minnesota Columbia Heights

   State & Zip Code: 55421

c. Defendant No. 3

   Name: Cub Foods / Employees

   Street Address: 250 57th Ave NE

   County, City: Anoka, Fridley

   State & Zip Code: MN, 55432

~~Kelly Keean Pyschic Network~~

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Ardell Jenkins   State of Citizenship: Minnesota

    Defendant No. 1: Pizza Hut   State of Citizenship: Minnesota

    Defendant No. 2: ~~Subway~~ ~~Kelly Greenbush~~   State of Citizenship:

    Attach additional sheets of paper as necessary and label this information as paragraph 5.
    **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☐ Defendant(s) reside in Minnesota   ☑ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I purchase pizza from pizza and ask for no pork and was sent (delivery) a pizza with other 3 different type of porks I was

3

told I would get an call back over three time no one ever call me back after calling head quarter or refunded my money or exchange my pizza

Subway Subway made me a sandwich and try to get me sick not watch their hand touching on my sandwich the unprofessional way to make me cough and feel sick and the owner refuse to refund me and discipline the employee Cub Food is always looking me up to stalk and harass me with food alone with all of this the all have been in other states stalking me over money

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

And money grant at an anumous amount

Date:

Signature of Plaintiff [signature]

Mailing Address  4255 Main St NE Apt 4
Columbia Heights, MN 55421

Telephone Number  612 434 9384

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.